WILLIAM C. MORISON (No. 99981)
MARC J. DEREWETZKY (No. 130944)
SHARON R. LEWIS (No. 145340)
MORISON-KNOX HOLDEN & PROUGH, LLP
500 Ygnacio Valley Road, Suite 450
Walnut Creek, CA 94596-8068
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Defendant
ST. PAUL SURPLUS LINES INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ST. PAUL SURPLUS LINES INSURANCE COMPANY; DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. _________<br><br>NOTICE OF REMOVAL OF STATE COURT CIVIL ACTION<br><br>28 U.S.C. § 1441(b) |

Defendant St. Paul Surplus Lines Insurance Company ("St. Paul") doing business as itself through its undersigned counsel and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, timely files this notice to remove this action to this Court from the Superior Court of the County of Yolo, State of California. In support of this removal, St. Paul pleads the following:

1. Plaintiff Continental Casualty Company is incorporated under the laws of the State of Illinois, with its principal place of business in Illinois.

2. Defendant St. Paul Surplus Lines Insurance Company is incorporated under the laws of the State of Minnesota, with its principal place of business in Minnesota, and is the only defendant that has been named and served with a summons and complaint in this action.

3. Plaintiff instituted this action by filing its complaint entitled Continental Casualty Company v. St. Paul Surplus Lines Insurance Company, et al., Yolo County Superior Court case

number CV07-1474 on July 18, 2007. That complaint seeks damages for declaratory relief, equitable contribution, equitable indemnity and equitable subrogation against St. Paul. See Complaint, p. 3-6. By way of these claims, plaintiff seeks recovery from St. Paul money damage of more than $3.5 million. See Complaint, p. 3. Therefore, the amount in controversy exceeds $75,000, exclusive of interest and costs.

4. Pursuant to 28 U.S.C. §§ 1332(a) and 1441(a), this Court has original jurisdiction over this action because the action is between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

5. Plaintiff served the complaint on July 26, 2007. Therefore, this Notice of Removal is timely filed with the Court under 28 U.S.C. § 1446(b).

6. True and correct copies of all process, pleadings, and orders from the State Court action served on St. Paul are attached hereto as Exhibit A. St. Paul's answer, filed in State Court on August 23, 2007, is attached hereto as Exhibit B.

7. St. Paul will promptly file a removal notice, together with a copy of the instant Notice of Removal, with the Clerk of the Superior Court of Yolo County, State of California, and will serve written notice of the same on counsel of record for plaintiff.

WHEREFORE, for the foregoing reasons, St. Paul effects removal of this case to this Court pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. St. Paul, by its undersigned counsel and pursuant to 28 U.S.C. § 1446(d), hereby gives notice that it is removing this action from the Superior Court of Yolo County, State of California, to the United States District Court for the Northern District of California, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

Dated: August 24, 2007

MORISON-KNOX HOLDEN & PROUGH, LLP

By: ____________________
Marc J. Derewetzky

Attorneys for Defendant
ST. PAUL SURPLUS LINES INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I, the undersigned, an employee of Morison-Knox Holden & Prough, LLP, located at 500 Ygnacio Valley Road, Suite 450, Walnut Creek, California 94596-8068, am over the age of 18 years and am not a party to this matter, action or proceeding.

On August 24, 2007, I served a copy of the following document(s):

NOTICE OF REMOVAL OF STATE COURT CIVIL ACTION

to the person(s) at the address(es) shown below:

John E. Peer
Martin T. Lee
Jo Ann Montoya
Woolls & Peer
One Wilshire Boulevard, 22nd Floor
Los Angeles, CA 90017
Telephone: (213) 629-1600
Facsimile: (213) 629-1660

Attorneys for Plaintiff
Continental Casualty Company

X____ **BY U.S. MAIL**: I placed the document(s), addressed to the person(s) to be served at the address(es) below, for collection and processing for mailing with the United States Postal Service in Walnut Creek, California.

_____ **BY OVERNIGHT DELIVERY**: I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier, with delivery fees paid or provided for, and addressed to the person(s) to be served at the address(es) below, and placed the envelope or package for collection and overnight delivery.

_____ **BY PERSONAL SERVICE:** I caused the above-referenced document(s) to be personally served by a legal support service provider. See separate Declaration of Messenger.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 24, 2007, at Walnut Creek, California.

Jennifer Walls

Jennifer Walls