JOHN E. PEER - State Bar No. 95978
GREGORY B. SCHER – State Bar No. 137228
JEFFREY A. DOLLINGER - State Bar No. 146582
**WOOLLS & PEER**
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017
Telephone:  (213) 629-1600
Facsimile:   (213) 629-1660
*jpeer@woollspeer.com*
*gscher@woollspeer.com*
*jdollinger@woollspeer.com*

Attorneys for Plaintiff,
**CONTINENTAL CASUALTY COMPANY**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY<br><br>Plaintiff,<br><br>v.<br><br>ST. PAUL SURPLUS LINES INSURANCE COMPANY; DOES 1 through 10, inclusive<br><br>Defendants. | **Case No.: 2:07-CV-01744-MCE-EFB**<br><br>**Hon. Judge Morrison C. England, Jr.**<br><br>**ORDER CONTINUING HEARING AND SETTLEMENT CONFERENCE DATES**<br><br>Removal Date:    August 24, 2007<br>Trial Date:          March 8, 2010<br>Discovery Cut-off: May 8, 2009<br>Motion Cut-off:    September 8, 2009 |

The parties having stipulated and requested continuances of the hearing on the summary judgment motions and the status conference, and good cause appearing therefor, IT IS ORDERED that

1.  The hearing date for Continental's Partial Motion for Summary Judgment and St. Paul's Motion for Summary Judgment, currently set for October 17, 2008 at 9:00 a.m., shall be continued to November 14, 2008, at 9:00 a.m.; and

2.  The settlement conference, currently set for October 29, 2008, be continued to January 15, 2009, at 2:00 p.m.

**IT IS SO ORDERED.**

DATED: October 1, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com