1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  CONTINENTAL CASUALTY
    COMPANY,                           NO. 2:07-cv-01744-MCE-EFB
12
              Plaintiff,
13
         v.                            ORDER
14
    ST. PAUL SURPLUS LINES
15  INSURANCE COMPANY; DOES 1
    through 10, inclusive,
16
              DefendantS.
17
                           ----oo0oo----
18

19       Counsel in the above entitled action have submitted a

20  Stipulation and Proposed Order for continuance of the hearings on

21  Plaintiff Continental Casualty's Motion for Partial Summary

22  Judgment, and Defendant St. Paul's Motion for Summary Judgment,

23  both of which are presently scheduled to be heard on February 6,

24  2009.  The continuance request is premised on counsel's

25  contention that rulings on certain discovery motions currently

26  pending before the Magistrate Judge assigned to this matter are

27  necessary in order to properly respond to the Motions for Summary

28  Judgment.

                                  1

Given the length of time the Motions for Summary Judgment have already been pending, as well as the uncertainty concerning when the rulings on the discovery will in fact be forthcoming, the Court hereby dismisses, without prejudice, said Motions (Docket Nos. 20 and 22), with the directive that said Motions may be refiled, as necessary, not later than twenty (20) days following the Magistrate Judge's disposition of the currently pending discovery motions.[1]

IT IS SO ORDERED.

Dated: January 20, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Although counsel's stipulation also requests that Plaintiff's Motion for Sanctions for Spoliation of Evidence (Docket No. 57) also be continued, following review of that Motion the Court has determined that said Motion should be heard before the assigned Magistrate Judge, who will contact the parties with respect to an available hearing date before him.

2