JOHN E. PEER - State Bar No. 95978
JEFFREY A. DOLLINGER - State Bar No. 146582
**WOOLLS & PEER**
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017
Telephone: (213) 629-1600
Facsimile: (213) 629-1660
*jpeer@woollspeer.com*
*jdollinger@woollspeer.com*

Attorneys for Plaintiff,
**CONTINENTAL CASUALTY COMPANY**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY<br><br>Plaintiff,<br><br>v.<br><br>ST. PAUL SURPLUS LINES INSURANCE COMPANY; DOES 1 through 10, inclusive<br><br>Defendants. | **Case No.: 2:07-CV-01744-MCE-EFB**<br><br>**Hon. Judge Morrison C. England, Jr.**<br><br>**ORDER VACATING PENDING SCHEDULING ORDER DATES**<br><br>Removal Date: August 24, 2007<br>Trial Date: March 8, 2010<br>Discovery Cut-off: May 8, 2009<br>Motion Cut-off: September 8, 2009 |

The parties having stipulated and requested continuances of the pending scheduling order dates, and good cause appearing therefor, IT IS ORDERED that:

1. All pending Scheduling Order dates are vacated.

2. A new Pre-Trial Status Scheduling Order will be issued once Magistrate Judge Edmund F. Brennan rules on the pending discovery motions.

**IT IS SO ORDERED.**

DATED: April 6, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE