IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONTINENTAL CASUALTY
COMPANY,

     Plaintiff,                         No. CIV S-07-01744 MCE EFB

     vs.

ST. PAUL SURPLUS LINES
INSURANCE COMPANY; DOES 1
through 10, inclusive,

     Defendants.                     <u>ORDER</u>

_____/

     Presently pending for decision by this court are the discovery motions heard on December 10, 2008, *see* Dckt. Nos. 42, 47, 48, and 49, and the subsequently filed motion for sanctions for spoilation of evidence, Dckt. No. 57, referred to this court and heard on March 25, 2009. The court has determined that *in camera* review of the disputed discovery documents is necessary.

     Accordingly, IT IS HEREBY ORDERED that the following documents shall be submitted to the court for *in camera* review within five (5) court days after this order is filed:

     1. Defendant St. Paul shall submit the five emails listed in its privilege log prepared October 14, 2008, and set forth at Dckt. No. 48-3, p. 151.

2.  Mr. Stephen (Crown *Cumis* counsel) shall submit the twelve emails listed in his privilege log prepared November 12, 2008, and set forth at Dckt. No. 47, at pp. 33-34; and

3.  Crown Equipment shall submit the thirty-one documents listed in its privilege log prepared November 3, 2008, and set forth at Dckt. No. 47, at pp. 40-50.

SO ORDERED.

DATED: May 28, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE