WILLIAM C. MORISON (No. 99981)
MARC J. DEREWETZKY (No. 130944)
MORISON HOLDEN DEREWETZKY &
    PROUGH, LLP
1550 Parkside Drive, Third Floor
Walnut Creek, CA 94596-8068
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Defendant
ST. PAUL SURPLUS LINES INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>            Plaintiff,<br><br>vs.<br><br>ST. PAUL SURPLUS LINES INSURANCE COMPANY; DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 2:07-CV-01744-MCE EFB<br><br>STIPULATION OF ST. PAUL SURPLUS LINES INSURANCE COMPANY AND CONTINENTAL CASUALTY COMPANY TO EXTEND TIME TO FILE MOTION FOR RECONSIDERATION PURSUANT TO LOCAL RULE 303; ORDER |

COME NOW defendant St. Paul Surplus Lines Insurance Company ("St. Paul") and plaintiff Continental Casualty Company ("Continental"), by and through their respective counsel of record, and hereby agree to request the honorable Court to extend the time for St. Paul to file a request for reconsideration of Magistrate Brennan's March 30, 2010 discovery order as follows:

WHEREAS Magistrate Brennan issued a 44-page Order on March 30, 2010 granting in part and denying in part several discovery motions (ECF Dkt.# 73); and

WHEREAS St. Paul is diligently preparing a Request for Reconsideration By the District Court of Magistrate Judge's Ruling which, pursuant to Eastern District Local Rule 303, must be filed within 14 days of the issuance of the Order (April 13, 2010);

WHEREAS St. Paul requires additional time in which to address the many important and complex issues raised in the 44-page Order; and

144688                                  - 1 -
STIPULATION TO EXTEND TIME
201100.1

WHEREAS, believing Magistrate's Brennan's ruling to be correct, Continental expressly reserves its rights to oppose any request for reconsideration by any other party, including St. Paul;

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1. The time for St. Paul to file its Request for Reconsideration By the District Court of Magistrate Judge's Ruling should be extend by three (3) days, through April 16, 2010

Respectfully submitted,

Dated: April 13, 2010         MORISON HOLDEN DEREWETZKY & PROUGH, LLP


By: /s/Marc J. Derewetzky
         Marc J. Derewetzky

Attorneys for Defendant
ST. PAUL SURPLUS LINES INSURANCE COMPANY


Dated: April 13, 2010         WOOLLS & PEER
A Professional Corporation


By: /s/Jeffrey A. Dollinger
         Jeffrey A. Dollinger, Esq.

Attorneys for Plaintiff,
CONTINENTAL CASUALTY COMPANY


IT IS SO ORDERED.

DATED: April 13, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

144688

- 2 -

STIPULATION TO EXTEND TIME

201100.1