1  WILLIAM C. MORISON (No. 99981)
   MARC J. DEREWETZKY (No. 130944)
2  MORISON HOLDEN DEREWETZKY &
       PROUGH, LLP
3  1550 Parkside Drive, Third Floor
   Walnut Creek, CA  94596-8068
4  Telephone:  (925) 937-9990
   Facsimile:  (925) 937-3272
5
   Attorneys for Defendant
6  ST. PAUL SURPLUS LINES INSURANCE
   COMPANY
7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10                      SACRAMENTO DIVISION

11  CONTINENTAL CASUALTY           )   Case No. 2:07-CV-01744-MCE EFB
    COMPANY,                       )
12                                 )   STIPULATION OF ST. PAUL SURPLUS
                 Plaintiff,         )   LINES INSURANCE COMPANY AND
13                                 )   CONTINENTAL CASUALTY COMPANY
         vs.                        )   TO EXTEND TIME TO FILE MOTIONS
14                                 )   FOR SUMMARY JUDGMENT;
    ST. PAUL SURPLUS LINES         )   ORDER
15  INSURANCE COMPANY; DOES 1      )
    through 10, inclusive,          )   Hon. Morrison C. England
16                                 )
                 Defendants.        )
17                                 )

18        COME NOW defendant St. Paul Surplus Lines Insurance Company ("St. Paul") and

19  plaintiff Continental Casualty Company ("Continental"), by and through their respective counsel

20  of record, and hereby agree to request this honorable Court to extend the time for filing motions

21  for summary judgment as follows:

22        WHEREAS on January 20, 2009, this Court entered an Order dismissing the parties' then

23  pending Motions for Summary Judgment and directing that said motions may be refiled not later

24  than 20 days following the Magistrate Judge's disposition of the then pending discovery motions;

25  and

26        WHEREAS Magistrate Judge Brennan issued a 44-page Order on March 30, 2010

27  granting in part and denying in part the subject discovery motions (ECF Dkt.# 73); and

28        WHEREAS St. Paul, pursuant a stipulated extension of time, will file a Request for

MORISON HOLDEN
DEREWETZKY &
PROUGH, LLP

144688                              - 1 -

STIPULATION TO EXTEND TIME TO RE-FILE SUMMARY JUDGMENT MOTIONS

201100.1

1  Reconsideration By the District Court of Magistrate Judge's Ruling which, pursuant to Eastern
2  District Local Rule 303, on or before April 16, 2010; and
3        WHEREAS the interests of justice and judicial economy require a further extension of
4  time for the parties to refile their Motions for Summary Judgment pending the Court's resolution
5  of St. Paul's Request for Reconsideration and compliance with any Order the Court may enter
6  directing St. Paul and/or Crown Lift Truck to produce documents and/or provided further written
7  responses to discovery;
8        NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:
9        1.    The time for St. Paul and Continental to re-file their previously filed Summary
10  Judgment Motions should be extended until 20 days after the date on which St. Paul and/or
11  Crown are ordered to serve supplemental discovery responses and/or to produce documents
12  pursuant to the subject discovery motions.  In the event the Court grants the relief sought in St.
13  Paul's Request for Reconsideration By the District Court of Magistrate Judge's Ruling and does
14  not order the production of documents or service of amended discovery responses, the date for
15  refiling summary judgment motions should be 20 days after the Court enters its order on St.
16  Paul's Request for Reconsideration.

17  Dated:  April 15, 2010                      Respectfully submitted,

18                                        MORISON HOLDEN DEREWETZKY &
19                                          PROUGH, LLP
20
21                                By:        /s/Marc J. Derewetzky
                                          Marc J. Derewetzky
22
23                                Attorneys for Defendant
                              ST. PAUL SURPLUS LINES INSURANCE COMPANY
24
25
26
27
28

MORISON HOLDEN DEREWETZKY & PROUGH, LLP

144688                             - 2 -

STIPULATION TO EXTEND TIME TO RE-FILE SUMMARY JUDGMENT MOTIONS

201100.1

| | | |
|---|---|---|
| 1 | Dated: April 15, 2010 | WOOLLS & PEER<br>A Professional Corporation |
| 2 | | |
| 3 | | |
| 4 | | _____/s/Jeffrey A. Dollinger_____<br>Jeffrey A. Dollinger, Esq. |
| 5 | | Attorneys for Plaintiff,<br>CONTINENTAL CASUALTY COMPANY |

7  IT IS SO ORDERED.

9  DATED: April 16, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE