G. EDWARD RUDLOFF, JR. (SBN 56058)
KATHLEEN M. DeLANEY (SBN 196376)
DIANNE J. MECONIS (SBN 120895)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, CA 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501
E-mail: erudloff@rwblaw.com
E-mail: kdelaney@rwblaw.com
E-mail: dmeconis@rwblaw.com

Attorneys for Defendant ST. PAUL
SURPLUS LINES INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>ST. PAUL SURPLUS LINES INSURANCE COMPANY; DOES 1 THROUGH 10, INCLUSIVE,<br><br>    Defendants.<br>_____/ | No. 2:07-CV-01744-MCE EFB<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION RE: REQUEST FOR RECONSIDERATION BY THE DISTRICT COURT OF MAGISTRATE JUDGE'S RULING; ORDER THEREON**<br><br>HON. MORRISON C. ENGLAND |

Defendant ST. PAUL SURPLUS LINES INSURANCE COMPANY ("St. Paul") and Plaintiff CONTINENTAL CASUALTY COMPANY ("Continental"), by and through their respective counsel of record, hereby agree to continue to the hearing on St. Paul's Motion Re: Request for Reconsideration By the District Court of Magistrate Judge's Ruling to allow the parties additional time to attempt to resolve the discovery matters at issue in the original motions and in the Request for Reconsideration without the need for a Court hearing on the matter.

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

The hearing on St. Paul's Motion Re: Request for Reconsideration By the District Court of Magistrate Judge's Ruling, originally set for 2:00 p.m. on May 27, 2010, shall be continued from to June 10, 2010, at 2:00 p.m. in Courtroom 7.

Respectfully Submitted

DATED:  May 24, 2010   **MORISON HOLDEN DEREWETZKY & PROUGH, LLP**


By:   /s/ Marc J. Derewetzky
          Marc J. Derewetzky

Attorneys for Defendant ST. PAUL SURPLUS LINES INSURANCE COMPANY

DATED:  May 24, 2010   **RUDLOFF WOOD & BARROWS LLP**


By:   /s/ G. Edward Rudloff, Jr.
          G. Edward Rudloff, Jr.

Attorneys for Defendant ST. PAUL SURPLUS LINES INSURANCE COMPANY

DATED:  May 24, 2010   **WOOLLS &PEER**
**A Professional Corporation**


By:   /s/ Jeffrey A. Dollinger
          Jeffrey A. Dollinger

Attorneys for Plaintiff CONTINENTAL CASUALTY COMPANY

**ORDER**

IT IS SO ORDERED.

Dated: May 26, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-2-
STIPULATION AND ORDER TO CONTINUE HEARING
CASE No.  2:07-CV-01744-MCE EFB

205717.1