G. EDWARD RUDLOFF, JR. (SBN 56058)
KATHLEEN M. DeLANEY (SBN 196376)
DIANNE J. MECONIS (SBN 120895)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:   (510) 740-1500
Facsimile:   (510) 740-1501
E-mail:   erudloff@fgppr.com
E-mail:   kdelaney@fgppr.com
E-mail:   dmeconis@fgppr.com

Attorneys for Defendant ST. PAUL
SURPLUS LINES INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>             Plaintiff,<br><br>    vs.<br><br>ST. PAUL SURPLUS LINES INSURANCE COMPANY; DOES 1 THROUGH 10, INCLUSIVE,<br><br>             Defendants.<br>_____/ | No.  2:07-CV-01744-MCE EFB<br><br>**STIPULATION RE:  DEADLINE FOR FILING MOTION FOR SUMMARY JUDGMENT**<br><br>**ORDER THEREON**<br><br>HON. MORRISON C. ENGLAND |

WHEREAS ST. PAUL SURPLUS LINES INSURANCE COMPANY ("St. Paul") withdrew its motion for reconsideration of Magistrate Judge's Ruling on July 20, 2010; and

WHEREAS the Magistrate's order required production of documents and amended responses to be provided within 14 days; and

WHEREAS the court previously dismissed without prejudice CONTINENTAL CASUALTY COMPANY ("Continental"),  and St. Paul's motions for partial summary judgment and directed that the motions be refiled, as necessary, not later than 20 days following the Magistrate Judge's disposition of the currently pending discovery motions, and

WHEREAS St. Paul and Continental seek more than 6 days to prepare motions for summary judgment, the parties agree as follows:

Defendant St. Paul and Plaintiff Continental, by and through their respective counsel of record, hereby agree that the last day for St. Paul and Continental to file and serve their respective motions for summary judgment, if any, shall be September 16, 2010, with a hearing date for those motions of October 14, 2010.

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

The hearing date for the parties' motions for summary judgment shall be October 14, 2010, and the last day for any party to file and serve a motion for summary judgment shall be September 16, 2010.

Respectfully Submitted

DATED:  July 29, 2010

**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By:     /s/ G. Edward Rudloff, Jr.
        G. Edward Rudloff, Jr.

Attorneys for Defendant ST. PAUL SURPLUS LINES INSURANCE COMPANY

DATED:  July 29, 2010

**WOOLLS &PEER
A Professional Corporation**

By:     /s/ Jeffrey A. Dollinger
        Jeffrey A. Dollinger

Attorneys for Plaintiff  CONTINENTAL CASUALTY COMPANY

**ORDER**

IT IS SO ORDERED.

Dated: August 2, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE