G. EDWARD RUDLOFF, JR. (SBN 56058)
KATHLEEN M. DeLANEY (SBN 196376)
DIANNE J. MECONIS (SBN 120895)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:   (510) 740-1500
Facsimile:    (510) 740-1501
E-mail:       erudloff@fgppr.com
E-mail:       kdelaney@fgppr.com
E-mail:       dmeconis@fgppr.com

Attorneys for Defendant ST. PAUL
SURPLUS LINES INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>                    Plaintiff,<br><br>          vs.<br><br>ST. PAUL SURPLUS LINES INSURANCE COMPANY; DOES 1 THROUGH 10, INCLUSIVE,<br><br>                    Defendants.<br>_____/ | No.  2:07-CV-01744-MCE EFB<br><br>**STIPULATION RE:  DEADLINE FOR FILING MOTION FOR SUMMARY JUDGMENT; ORDER**<br><br>HON. MORRISON C. ENGLAND |

WHEREAS CONTINENTAL CASUALTY COMPANY ("Continental") and ST. PAUL SURPLUS LINES INSURANCE COMPANY ("St. Paul") previously filed a stipulation and the Court entered an order thereon setting the hearing date for the parties' motions for summary judgment for October 14, 2010, and the last day for any party to file and serve a motion for summary judgment to be September 16, 2010; and

WHEREAS St. Paul and Continental are working together to prepare joint stipulated facts for use in the motions;

WHEREAS counsel for St. Paul is unexpectedly out of the office this week and the parties seek a short continuance of the summary judgment motion filing date and the hearing

PDF created with pdfFactory trial version www.pdffactory.com

date to allow time to prepare the joint stipulated facts, the parties agree as follows:

Defendant St. Paul and Plaintiff Continental, by and through their respective counsel of record, hereby agree that the last day for St. Paul and Continental to file and serve their respective motions for summary judgment, if any, shall be September 30, 2010, with a hearing date for those motions of October 28, 2010.

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

The hearing date for the parties' motions for summary judgment shall be October 28, 2010, and the last day for any party to file and serve a motion for summary judgment shall be September 30, 2010.

Respectfully Submitted

DATED:  September 13, 2010        **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By:   /s/ Kathleen M. DeLaney
          Kathleen M. DeLaney

Attorneys for Defendant ST. PAUL SURPLUS LINES INSURANCE COMPANY

DATED: September 13, 2010        **WOOLLS &PEER
A Professional Corporation**

By:   /s/ Jeffrey A. Dollinger
          Jeffrey A. Dollinger

Attorneys for Plaintiff CONTINENTAL CASUALTY COMPANY

**ORDER**

IT IS SO ORDERED.

Dated: September 14, 2010

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2
STIPULATION RE MSJ FILING DEADLINE
CASE No.  2:07-CV-01744-MCE EFB