JOHN E. PEER (SBN 95978)
JEFFREY A. DOLLINGER (SBN 146582)
CAITLIN R. ZAPF (SBN 255450)
**WOOLLS & PEER**
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017
Telephone:  (213) 629-1600
Facsimile:  (212) 629-1660
Email:  jpeer@woollspeer.com
           jdollinger@woollspeer.com
           czapf@woollspeer.com
Attorneys for Plaintiff
CONTINENTAL CASUALTY COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>ST. PAUL SURPLUS LINES INSURANCE COMPANY and DOES 1 - 100, inclusive,<br><br>        Defendants. | CASE NO.2:07-CV-01744-MCE-EFB<br><br>(Hon. Judge Morrison C. England, Jr.)<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF BY 30 DAYS** |

Plaintiff Continental Casualty Company and Defendant St. Paul Surplus Lines Insurance Company, by their respective counsel of record, agree and stipulate, subject to court approval, as follows:

WHEREAS trial is scheduled for January 22, 2013;

WHEREAS the discovery cut-off is currently set for March 22, 2012;

WHEREAS the parties are in the process of completing the necessary discovery in this action;

IT IS HEREBY STIPULATED AND AGREED that the discovery cut-off will be extended by 30 days to Monday, April 23, 2012.

DATED:  March 1, 2012          WOOLLS & PEER
                               A Professional Corporation

                               /s/
                               Caitlin R. Zapf
                               Attorneys for Plaintiff
                               CONTINENTAL CASUALTY COMPANY

DATED:  March 1, 2012          FORAN GLENNON PALANDECH PONZI
                               & RUDLOFF, PC

                               /s/
                               G. Edward Rudloff, Jr.
                               Attorneys for Defendant
                               ST. PAUL SURPLUS LINES INSURANCE
                               COMPANY

IT IS SO ORDERED.

Dated: March 7, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ERROR! MAIN DOCUMENT ONLY. ERROR! MAIN DOCUMENT ONLY. WOOLLS & PEER
A Professional Corporation
One Wilshire Boulevard, 22nd Floor