1  G. EDWARD RUDLOFF, JR. (SBN 56058)
   KATHLEEN M. DeLANEY (SBN 196376)
2  DIANNE J. MECONIS (SBN 120895)
   **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
3  2000 Powell Street, Suite 900
   Emeryville, CA  94608
4  Telephone:   (510) 740-1500
   Facsimile:   (510) 740-1501
5  E-mail:   erudloff@fgppr.com
   E-mail:   kdelaney@fgppr.com
6  E-mail:   dmeconis@fgppr.com

7  Attorneys for Defendant ST. PAUL
   SURPLUS LINES INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, | No.  2:07-CV-01744-MCE EFB |
| Plaintiff, | **STIPULATION TO CONTINUE DISCLOSURE OF EXPERTS** |
| vs. | |
| ST. PAUL SURPLUS LINES INSURANCE COMPANY; DOES 1 THROUGH 10, INCLUSIVE, | **ORDER THEREON** |
| | HON. MORRISON C. ENGLAND |
| Defendants. | |

TO THE HONORABLE MORRISON C. ENGLAND, UNITED STATES DISTRICT COURT JUDGE:

**STIPULATION**

WHEREAS, Plaintiff CONTINENTAL CASUALTY COMPANY and Defendant ST. PAUL SURPLUS LINES INSURANCE COMPANY desire to continue the parties' last day to disclose expert witnesses and supplemental expert witnesses, on the following grounds:

1. Counsel for both parties have worked diligently to complete written discovery and schedule percipient depositions, but because percipient discovery is not yet

PDF created with pdfFactory trial version www.pdffactory.com

complete, counsel find that they cannot meet the existing deadlines for the parties' disclosure of expert witnesses and supplemental expert witnesses; and

2.     This would be the first continuance of this deadline in this matter.

NOW, THEREFORE, by and through their undersigned counsel of record, Plaintiff CONTINENTAL CASUALTY COMPANY and Defendant ST. PAUL SURPLUS LINES INSURANCE COMPANY hereby stipulate to the following:

1.     The last day for the parties to disclose expert witnesses with reports is continued to July 27, 2012; and

2.     The last day for the parties to disclose supplemental expert witnesses with reports is continued to August 10, 2012.

Respectfully Submitted

DATED:  May 17, 2012               **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By:   /s/ G. Edward Rudloff, Jr.
        G. Edward Rudloff, Jr.

Attorneys for Defendant ST. PAUL SURPLUS LINES INSURANCE COMPANY

DATED:  May 17, 2012               **WOOLLS &PEER
A Professional Corporation**

By:   /s/ Jeffrey A. Dollinger
        Jeffrey A. Dollinger

Attorneys for Plaintiff  CONTINENTAL CASUALTY COMPANY

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

IT IS HEREBY ORDERED, pursuant to the Stipulation of the parties, as follows:

 1. The last day for the parties to disclose expert witnesses with reports is continued to July 27, 2012; and

 2. The last day for the parties to disclose supplemental expert witnesses with reports is continued to August 10, 2012.

IT IS SO ORDERED.

DATED: May 22, 2012

/s/ John A. Mendez   (for)
Morrison C. England, Jr.
 U. S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com