G. EDWARD RUDLOFF, JR. (SBN 56058)
KATHLEEN M. DeLANEY (SBN 196376)
DIANNE J. MECONIS (SBN 120895)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:  (510) 740-1500
Facsimile:  (510) 740-1501
E-mail:  erudloff@fgppr.com
E-mail:  kdelaney@fgppr.com
E-mail:  dmeconis@fgppr.com

Attorneys for Defendant ST. PAUL
SURPLUS LINES INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>           Plaintiff,<br><br>      vs.<br><br>ST. PAUL SURPLUS LINES INSURANCE COMPANY; DOES 1 THROUGH 10, INCLUSIVE,<br><br>           Defendants.<br>_____/ | No.  2:07-CV-01744-MCE EFB<br><br>**STIPULATION AND ORDER TO CONTINUE DISCLOSURE OF EXPERTS**<br><br><br><br>HON. MORRISON C. ENGLAND |

TO THE HONORABLE MORRISON C. ENGLAND, UNITED STATES DISTRICT

COURT JUDGE:

**STIPULATION**

   WHEREAS, Plaintiff CONTINENTAL CASUALTY COMPANY and Defendant ST. PAUL SURPLUS LINES INSURANCE COMPANY desire to continue the parties' last day to disclose expert witnesses and supplemental expert witnesses, on the following grounds:

   1.   Counsel for both parties have worked diligently to complete written discovery and schedule percipient depositions, but the parties continued the remaining

1  percipient depositions to complete a private mediation session;

2      2.    Thus, the parties seek to extend the time to complete the remaining

3  percipient depositions and disclosure of expert witnesses; and

4      3.    This would be the second continuance of this deadline in this matter.

5  NOW, THEREFORE, by and through their undersigned counsel of record, Plaintiff

6  CONTINENTAL CASUALTY COMPANY and Defendant ST. PAUL SURPLUS LINES

7  INSURANCE COMPANY hereby stipulate to the following:

8      1.    The last day for the parties to complete percipient depositions already

9  noticed by the parties (Daniel Lambert, Mitchell Roberts, Lee Salazar, Continental

10  30(b)(6), Thomas Coles and George Stephan) is continued to October 15, 2012.

11      2.    The last day for the parties to disclose expert witnesses with reports is

12  continued to September 10, 2012; and

13      3.    The last day for the parties to disclose supplemental expert witnesses

14  with reports is continued to September 24, 2012.

15      Respectfully Submitted

16  DATED:  August 15, 2012    **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

17

18  By:  /s/ G. Edward Rudloff, Jr.

19  G. Edward Rudloff, Jr.

20  Attorneys for Defendant ST. PAUL SURPLUS LINES INSURANCE COMPANY

21

22  DATED:  August 15, 2012    **WOOLLS & PEER**
  **A Professional Corporation**

23

24  By:  /s/ Katy A. Nelson

25  Katy A. Nelson

26  Attorneys for Plaintiff CONTINENTAL CASUALTY COMPANY

27

28

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

# ORDER

IT IS HEREBY ORDERED, pursuant to the Stipulation of the parties, as follows:

1. The last day for the parties to complete percipient depositions already noticed by the parties (Daniel Lambert, Mitchell Roberts, Lee Salazar, Continental 30(b)(6), Thomas Coles and George Stephan) is continued to October 15, 2012.

2. The last day for the parties to disclose expert witnesses with reports is continued to September 10, 2012; and

3. The last day for the parties to disclose supplemental expert witnesses with reports is continued to September 24, 2012.

IT IS SO ORDERED.

Dated: September 7, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500