JOHN E. PEER (SBN 95978)
JEFFREY A. DOLLINGER (SBN 146582)
KATY A. NELSON (SBN 173759)
**WOOLLS & PEER**
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017
Telephone:  (213) 629-1600
Facsimile:   (212) 629-1660
Email:  jpeer@woollspeer.com
            jdollinger@woollspeer.com
            knelson@woollspeer.com
Attorneys for Plaintiff
CONTINENTAL CASUALTY COMPANY

G. EDWARD RUDLOFF, JR. (SBN 56058)
KATHLEEN M. DELANEY (SBN 196376)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, California 94608
Email:  erudloff@fgppr.com
            kdelaney@fgppr.com
Attorneys for Defendant ST. PAUL SURPLUS LINES INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ST. PAUL SURPLUS LINES INSURANCE COMPANY and DOES 1 - 100, inclusive,<br><br>Defendants. | CASE NO.2:07-CV-01744-MCE-EFB<br><br>**STIPULATION TO CONTINUE DISCOVERY DEADLINE AS TO THE DEPOSITION OF GEORGE J. STEPHAN, ESQ.;<br>ORDER** |

Plaintiff Continental Casualty Company ("Plaintiff"), Defendant St. Paul Surplus Lines Insurance Company ("St. Paul"), by and through their attorneys of record, stipulate as follows:

1

1    WHEREAS, on September 10, 2012 this Court ordered that the last day for the parties
2 to complete percipient depositions already noticed by the parties, including the deposition of
3 George J. Stephan, Esq., was October 15, 2012;
4    WHEREAS, plaintiff CONTINENTAL CASUALTY COMPANY and defendant ST.
5 PAUL SURPLUS LINES INSURANCE COMPANY now desire to continue the parties' last
6 day to depose attorney George J. Stephan, Esq., who has been served with deposition
7 subpoenas by both parties, on the following grounds:
8        1.    Given the continuance of the bench trial in this action, and to avoid
9 undue burden on Stephan, who has a busy litigation schedule of his own, counsel for both
10 parties agree that the deadline to take Stephan's deposition should be extended to give the
11 parties an opportunity to discuss and determine whether the testimony of Stephan will be
12 required in this case.
13        2.    This would be the third continuance of this deadline in this matter.

15    NOW, THEREFORE, by and through their undersigned counsel of record, plaintiff
16 CONTINENTAL CASUALTY and defendant ST. PAUL SURPLUS LINES INSURANCE
17 COMPANY hereby stipulate to the following:

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2

[2:07-CV-01744-MCE-EFB]
STIPULATION TO CONTINUE DISCOVERY DEADLINE

318626.1

1  The last day for the parties to complete the percipient witness deposition previously
2  noticed pursuant to subpoena by both parties of George J. Stephan, Esq., is continued to such
3  later date as the parties and Stephan may agree, but no later than November 16, 2012.

DATED:  October 16, 2012       **FORAN GLENNON PALANDECH**
                               **PONZI & RUDLOFF PC**


                               By: _____/s/_____

                               G. Edward Rudloff, Jr.
                               Attorneys for Defendant
                               ST. PAUL SURPLUS LINES
                               INSURANCE COMPANY


DATED:  October 16, 2012       **WOOLS & PEER**
                               **A Professional Corporation**


                               By: _____/s/_____

                               Jeffrey A. Dollinger
                               Attorneys for Plaintiff
                               CONTINENTAL CASUALTY
                               COMPANY


IT IS SO ORDERED.


Dated:  October 23, 2012

                               _____
                               MORRISON C. ENGLAND, JR
                               UNITED STATES DISTRICT JUDGE

318626.1