G. EDWARD RUDLOFF, JR. (SBN 56058)
DIANNE J. MECONIS (SBN 120895)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:   (510) 740-1500
Facsimile:   (510) 740-1501
E-mail:       erudloff@fgppr.com
E-mail:       dmeconis@fgppr.com

Attorneys for Defendant ST. PAUL SURPLUS LINES INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>             Plaintiff,<br><br>  vs.<br><br>ST. PAUL SURPLUS LINES INSURANCE COMPANY; DOES 1 THROUGH 10, INCLUSIVE,<br><br>             Defendants.<br>_____ / | No.  2:07-CV-01744-MCE EFB<br><br>**AMENDED STIPULATION TO CONTINUE DISCOVERY CUT-OFF DEADLINES PERTAINING TO RE: DEPOSITION OF GEORGE J. STEPHAN**<br><br>**ORDER THEREON**<br><br>HON. MORRISON C. ENGLAND, JR. |

TO THE HONORABLE MORRISON C. ENGLAND, JR., UNITED STATES DISTRICT COURT JUDGE:

**STIPULATION**

WHEREAS, on October 24, 2012, pursuant to stipulation of the parties, this Court continued the deadline to complete the deposition of Attorney George J. Stephan to November 16, 2012 to avoid undue burden on Attorney Stephan and to give the parties and Attorney Stephan additional time to determine whether the deposition of Attorney Stephan actually will be needed in this case and the scope of any such deposition;

321723.1

WHEREAS, the parties and Attorney Stephan have met and conferred with regard to the necessity of the deposition of Attorney Stephan and the scope of any such deposition;

WHEREAS, on November 2, 2012 Attorney Stephan filed a motion to quash the subpoena for his deposition (Docket #146), which subpoena was issued and served upon him by Defendant ST. PAUL SURPLUS LINES INSURANCE COMPANY ("St. Paul"), but counsel for St. Paul and Attorney Stephan continued their meet and confer efforts to resolve the outstanding issues;

WHEREAS, by order dated November 13, 2012 Magistrate Brennan vacated the December 5, 2012 hearing on Attorney Stephan's motion to quash on the grounds that the hearing date fell outside the existing discovery cut-off date as the matter at issue.  However, Magistrate Brennan's order stated that the parties may file a motion or stipulation to further modify the amended pretrial scheduling order.

WHEREAS, the parties and Attorney Stephan wish to have additional time to continue their efforts to resolve the issues regarding Attorney Stephan's deposition, to take the deposition of Attorney Stephan, if necessary, and to have the Court decide any issues pertaining to Attorney Stephan's deposition that the parties are unable to resolve.

NOW, THEREFORE, by and through their undersigned counsel of record, Plaintiff CONTINENTAL CASUALTY COMPANY, Defendant ST. PAUL SURPLUS LINES INSURANCE COMPANY and Third Party GEORGE J. STEPHAN hereby stipulate to the following:

1. The last day for the parties to complete the deposition of George J. Stephan, Esq. is continued to such later date as the parties and Attorney Stephan may agree, but no later than December 20, 2012.

2. Any motions pertaining to the deposition of Attorney Stephan should be heard by December 20, 2012.  The parties agree that the motion to quash subpoena, which was filed by Attorney Stephan (Docket #146), can be re-set for

321723.1

hearing by Magistrate Brennan on such date as is available on his calendar prior to December 20, 2012. The parties will immediately notify Magistrate Brennan if they are able to resolve their differences with respect to the deposition of Attorney Stephan, so that the matter can be taken off calendar.

SO AGREED.

DATED: November 27 , 2012      **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By:   /s/ G. Edward Rudloff, Jr.
         G. Edward Rudloff, Jr.

Attorneys for Defendant ST. PAUL SURPLUS LINES INSURANCE COMPANY

DATED: November 27, 2012      **WOOLLS &PEER**
**A Professional Corporation**

By:   /s/ Jeffrey A. Dollinger
         Jeffrey A. Dollinger

Attorneys for Plaintiff CONTINENTAL CASUALTY COMPANY

DATED: November 27, 2012      **BUCHALTER NEMER**
**A Professional Corporation**

By:   /s/ George J. Stephan
         George J. Stephan

Attorneys for GEORGE J. STEPHAN

3

321723.1

## **ORDER**

IT IS HEREBY ORDERED, pursuant to the Stipulation of the parties, as follows:

1. The last day for the parties to complete the deposition of George J. Stephan, Esq. is continued to such later date as the parties and Attorney Stephan may agree, but no later than December 20, 2012.

2. Any motions pertaining to the deposition of Attorney Stephan should be heard by December 20, 2012.  The motion to quash subpoena, which was filed by Attorney Stephan (ECF No. 146), shall be set for hearing by Magistrate Brennan on such date as is available on his calendar prior to December 20, 2012.

IT IS SO ORDERED.

Dated:  December 11, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

_____

321723.1