G. EDWARD RUDLOFF, JR. (SBN 56058)
DIANNE J. MECONIS (SBN 120895)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:   (510) 740-1500
Facsimile:   (510) 740-1501
E-mail:      erudloff@fgppr.com
E-mail:      dmeconis@fgppr.com

Attorneys for Defendant ST. PAUL
SURPLUS LINES INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> ST. PAUL SURPLUS LINES INSURANCE COMPANY; DOES 1 THROUGH 10, INCLUSIVE, <br><br> Defendants. <br> _____ / | No.  2:07-CV-01744-MCE EFB <br><br> **STIPULATION FOR SETTLEMENT CONFERENCE REFERRAL TO MAGISTRATE JUDGE CAROLYN K. DELANEY (L.R. 270) AND ORDER** <br><br> Trial Date:   April 15, 2013 <br><br> HON. MORRISON C. ENGLAND, JR. |

Plaintiff Continental Casualty Company, and Defendant St. Paul Surplus Lines Insurance Company (collectively "the parties"), by and through their respective counsel, hereby submit this Stipulation and Proposed Order for the Court to refer the above-referenced matter, case no. 2:07-cv-01744, for a Settlement Conference pursuant to Local Rule 270, before Magistrate Judge Carolyn K. Delaney.

This matter previously was referred to Magistrate Judge Kendall J. Newman for a Settlement Conference on March 12, 2013 (Docket #187), but, due to the Court's own unavailability, the Settlement Conference was subsequently vacated.

1  (Docket # 188).

2      Based on the parties' availability and on information and belief that Magistrate Judge Delaney is available for a Settlement Conference on Wednesday, March 20, 2013 at 9:30 a.m., the parties have agreed to the referral to Magistrate Judge Delaney and also to this date.

    NOW THEREFORE, IT IS HEREBY STIPULATED that this matter be referred to Magistrate Judge Carolyn K. Delaney for a Settlement Conference on March 20, 2013.

DATED: March 8, 2013

**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By:   /s/ G. Edward Rudloff, Jr.
        G. Edward Rudloff, Jr.

Attorney for Defendant ST. PAUL SURPLUS LINES INSURANCE COMPANY

DATED: March 8, 2013

**WOOLLS &PEER**
**A Professional Corporation**

By:   /s/ Jeffrey A. Dollinger
        Jeffrey A. Dollinger

Attorney for Plaintiff CONTINENTAL CASUALTY COMPANY

## **PROPOSED ORDER**

Based on the foregoing and good cause appearing therefore, the stipulation and request of the parties is accepted and made the order of this Court.

Dated: March 11, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

3
**STIPULATION FOR SETTLEMENT CONFERENCE REFERRAL AND [PROPOSED] ORDER**
**CASE No. 2:07-CV-01744-MCE EFB**
321723.1