G. EDWARD RUDLOFF, JR. (SBN 56058)
DIANNE J. MECONIS (SBN 120895)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:  (510) 740-1500
Facsimile:  (510) 740-1501
E-mail:     erudloff@fgppr.com
E-mail:     dmeconis@fgppr.com

Attorneys for Defendant ST. PAUL
SURPLUS LINES INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ST. PAUL SURPLUS LINES INSURANCE COMPANY; DOES 1 THROUGH 10, INCLUSIVE,<br><br>　　　　　Defendants. | No.  2:07-CV-01744-TLN-EFB<br><br>**ORDER TO ST. PAUL'S REQUEST TO SEAL DOCUMENTS [L.R. 141]**<br><br>Trial Date:  April 15, 2013<br><br>HON. TROY L. NUNLEY |

**ORDER**

Pursuant to Local Rule 141 and the Stipulated Protective Orders entered in this case (Docket #129) and the underlying action, Defendant ST. PAUL SURPLUS LINES INSURANCE COMPANY has submitted a Notice and Request to Seal Documents.

1

**ORDER TO SEAL DOCUMENTS**
**CASE No.  2:07-CV-01744-TLN EFB**

321723.1

1   Having considered St. Paul's Request to Seal Documents and good cause
2   existing, IT IS HEREBY ORDERED.

Dated: September 11, 2013

_____
Troy L. Nunley
United States District Judge