# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ST. PAUL SURPLUS LINES INSURANCE COMPANY and DOES 1 – 100, inclusive,<br><br>    Defendants. | Case No.: 2:07-CV-01744-TLN-EFB<br><br>**ORDER TO SEAL DOCUMENTS (PLAINTIFF'S TRIAL EXHIBITS)**<br><br>Trial Date:   April 15, 2013 |

Pursuant to Local Rule 141 and the Protective Order entered in this case (Dkt. 129), the court orders that the following documents, which have been listed as Trial Exhibits by plaintiff, and to the extent they are admitted as evidence at trial, be admitted under seal:

| | |
|---|---|
| Ex. 22 | Under-Ride Accident Summary – Crown RR and RC Forklifts (to be filed under seal). |
| Ex. 23 | June 12, 1990 memo to File from Dan Dunlap re Doors and Posts on Standup Rider Trucks (to be filed under seal). |
| Ex. 24 | Notes from K Mart Meeting of February 2, 1988 (to be filed under seal). |
| Ex. 25 | ITA Recommended Practices Manual |
| Ex. 63 | Portions of Expert Report of Myron Boyajian at:<br><br>63:019<br><br>63-021, 022<br><br>63:030 |

1

| Ex. 68 | Portions of Expert File of Steven Andrew at:<br>68-411<br> 68-033 to 68-242<br>68-457 to 68-542<br>68-549 to 68-630<br>68-667 to 68:676 |
|---|---|

Dated: September 11, 2013

_____
Troy L. Nunley
United States District Judge

2