G. EDWARD RUDLOFF, JR. (SBN 56058)
DIANNE J. MECONIS (SBN 120895)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:   (510) 740-1500
Facsimile:   (510) 740-1501
E-mail:       erudloff@fgppr.com
E-mail:       dmeconis@fgppr.com

ROBERT C. GEBHARDT (SBN 48965)
**COOPER WHITE & COOPER**
201 California Street, 17th Floor
San Francisco, CA 94111
Telephone:   (415) 433-1900
Facsimile:   (415) 433-5530
E-mail:       rgebhardt@cwclaw.com
Attorneys for Defendant ST. PAUL SURPLUS LINES INSURANCE COMPANY

JOHN E. PEER (SBN 95978)
JEFFREY A. DOLLINGER (SBN 146582)
KATY A. NELSON (173759)
**WOOLLS & PEER**
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California, 90017
Telephone:   (213) 620-1600
Facsimile:   (213) 629-1660
jpeer@woollspeer.com
jdollinger@woollspeer.com
knelson@woollspeer.com
Attorneys for Plaintiff
CONTINENTAL CASUALTY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>              Plaintiff,<br><br>    vs.<br><br>ST. PAUL SURPLUS LINES INSURANCE COMPANY; DOES 1 THROUGH 10, INCLUSIVE,<br><br>              Defendants       / | No.  2:07-CV-01744-TLN-EFB<br><br>**STIPULATION FOR EXTENSION OF DEADLINE TO FILE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW; ORDER**<br><br>Trial Date:   September 30, 2013<br><br>HON. TROY L. NUNLEY |

1
**STIPULATION FOR EXTENSION OF DEADLINE AND ORDER**
CASE No.  2:07-CV-01744-TLN-EFB

321723.1

Defendant ST. PAUL SURPLUS LINES INSURANCE COMPANY and Plaintiff CONTINENTAL CASUALTY COMPANY, by and through their attorneys of record, stipulate as follows:

1. The bench trial in this matter began on September 30, 2013 and continued on October 1, 2, 7, 8 and 9, 2013.

2. On October 9, 2013, the Court ordered parties to each submit Proposed Findings of Fact and Conclusions of Law (Fed.R.Civ.Pro. 52) within 21 days (October 30, 2013).

3. The parties recently received the official trial transcripts, prepared by the official court reporter, for the last three days of trial (October 7, 8 and 9, 2013) on the evening of Tuesday, October 22, 2013 via e-mail.

4. Defendant ST. PAUL SURPLUS LINES INSURANCE COMPANY has been working diligently to prepare its Proposed Findings of Fact and Conclusions of Law, but requests a one-week (7-day) extension in order to provide the Court with thorough findings and conclusions of law and to ensure accurate citations to the record to assist the Court in its review.

5. Defendant has contacted Plaintiff regarding its request for an extension of the deadline. Plaintiff does not object to Defendant's request for an extension of time.

6. The parties agree that Defendant has initiated this request, but upon the Court's granting of the Proposed Order, both parties will file its Proposed Findings of Fact and Law by Wednesday, November 6, 2013.

7. There have been no prior requests for a continuance of this deadline.

///
///
///
///

2
**STIPULATION FOR EXTENSION OF DEADLINE AND ORDER**
CASE No.  2:07-CV-01744-TLN-EFB

321723.1

NOW, THEREFORE, by and through their undersigned counsel of record, Defendant ST. PAUL SURPLUS LINES INSURANCE COMPANY and Plaintiff CONTINENTAL CASUALTY COMPANY hereby stipulate to the following:

The deadline for parties to file its respective Proposed Findings of Fact and Conclusions of Law is continued from October 30, 2013 to November 6, 2013.

DATED: October 29, 2013        **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By:   /s/ G. Edward Rudloff, Jr.
          G. Edward Rudloff, Jr.

Attorney for Defendant ST. PAUL SURPLUS LINES INSURANCE COMPANY

DATED: October 29, 2013        **WOOLLS &PEER**
**A Professional Corporation**

By:   /s/ Jeffrey A. Dollinger
          Jeffrey A. Dollinger

Attorney for Plaintiff CONTINENTAL CASUALTY COMPANY

**ORDER**

IT IS SO ORDERED.

DATED: October 30, 2013

_____
Troy L. Nunley
United States District Judge

**STIPULATION FOR EXTENSION OF DEADLINE AND ORDER**
**CASE No.  2:07-CV-01744-TLN-EFB**

321723.1