# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

**CONTINENTAL CASUALTY COMPANY,**

CASE NO: **2:07−CV−01744−TLN−EFB**

v.

**ST. PAUL SURPLUS LINES INSURANCE COMPANY, ET AL.,**

**XX** −− **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/17/14

**Marianne Matherly**
Clerk of Court

ENTERED: **September 17, 2014**

by: /s/ A. Meuleman
Deputy Clerk