UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**CONTINENTAL CASUALTY COMPANY,**
   Plaintiff

  v.            **CASE NO. 2:07−CV−01744−TLN−EFB**

**ST. PAUL SURPLUS LINES INSURANCE COMPANY, ET AL.,**
   Defendant

  You are hereby notified that a Notice of Appeal was filed on **October 17, 2014** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

October 20, 2014

           **MARIANNE MATHERLY**
           **CLERK OF COURT**

         **by:** /s/  M. Marciel

           Deputy Clerk