1  G. EDWARD RUDLOFF, JR. (SBN 56058)
   DIANNE J. MECONIS (SBN 120895)
2  **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
   2000 Powell Street, Suite 900
3  Emeryville, CA 94608
   Telephone:  (510) 740-1500
4  Facsimile:   (510) 740-1501
   E-mail:      erudloff@fgppr.com
5  E-mail:      dmeconis@fgppr.com

6  ROBERT C. GEBHARDT (SBN 48965)
   **COOPER WHITE & COOPER**
7  201 California Street, 17th Floor
   San Francisco, CA 94111
8  Telephone:  (415) 533-1900
   Facsimile:   (415) 433-5530
9  E-mail:      rgebhardt@cwclaw.com

10 Attorneys for Defendant ST. PAUL
   SURPLUS LINES INSURANCE COMPANY
11
   JOHN E. PEER (SBN 95978)
12 JEFFREY A. DOLLINGER (SBN 146582)
   KATY A. NELSON (173759)
13 **WOOLLS & PEER**
   A Professional Corporation
14 One Wilshire Boulevard, 22nd Floor
   Los Angeles, California, 90017
15 Telephone:  (213) 620-1600
   Facsimile:   (213) 629-1660
16 E-mail:      jpeer@woollspeer.com
   E-mail:      jdollinger@woollspeer.com
17 E-mail:      knelson@woollspeer.com

18 Attorneys for Plaintiff CONTINENTAL CASUALTY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, | No. 2:07-CV-01744-TLN-EFB |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING ON MOTION FOR CLARIFICATION OF FINDINGS OF FACT AND CONCLUSIONS OF LAW; AND ORDER** |
| vs. | |
| ST. PAUL SURPLUS LINES INSURANCE COMPANY; DOES 1 THROUGH 10, INCLUSIVE, | HON. TROY L. NUNLEY |
| Defendants. | |

1

**STIPULATION TO CONTINUE HEARING ON MOTION FOR CLARIFICATION; ORDER - 2:07-CV-01744-TLN-EFB**

Defendant ST. PAUL SURPLUS LINES INSURANCE COMPANY ("Defendant" or "St. Paul") and Plaintiff CONTINENTAL CASUALTY COMPANY ("Plaintiff or Continental"), by and through their attorneys of record, stipulate as follows:

1. On September 17, 2014, Judgment was entered herein (Dkt. # 271), based on the Findings of Fact and Conclusions of Law consisting of 32 pages (Dkt. # 270).

2. On October 15, 2014, Defendant St. Paul filed a Motion for Clarification of Findings of Fact and Conclusions of Law, pursuant to Federal Rules of Civil Procedure Rule 52(b). The hearing date for the Motion for Clarification was noticed for November 20, 2014. (Dkt. #273).

3. A conflict has arisen such that counsel for St. Paul is unable to appear for the hearing on its Motion for Clarification on November 20, 2014.

4. Counsel for St. Paul has contacted counsel for Plaintiff Continental Casualty to discuss rescheduling the motion hearing.

5. Plaintiff is amenable to reschedule the hearing, and the parties have confirmed that Thursday, December 11, 2014 at 2:00 p.m. is the next available date on the Court's calendar and that date is a mutually-agreeable date.

6. There have been no prior requests for a continuance on this hearing.

NOW, THEREFORE, by and through their undersigned counsel of record, plaintiff CONTINENTAL CASUALTY COMPANY and defendant ST. PAUL SURPLUS LINES INSURANCE COMPANY hereby stipulate to the following:

The hearing date on Defendant's Motion for Clarification of Findings of Fact and Conclusions of Law shall be continued from November 20, 2014 to December 11, 2014 at 2:00 p.m. in Courtroom 2.

///

///

///

The deadlines to file any Opposition, Non-Opposition, and/or Reply are continued accordingly, per Local Rule 230.

DATED: November 6, 2014

**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By: /s/ G. Edward Rudloff, Jr.
G. Edward Rudloff, Jr.
Dianne J. Meconis

Attorneys for Defendant ST. PAUL SURPLUS LINES INSURANCE COMPANY

DATED: November 6, 2014

**WOOLLS &PEER
A Professional Corporation**

By: /s/ Jeffrey A. Dollinger
Jeffrey A. Dollinger

Attorney for Plaintiff CONTINENTAL CASUALTY COMPANY

**ORDER**

The hearing date on Defendant's Motion for Clarification of Findings of Fact and Conclusions of Law shall be continued from November 20, 2014 to December 11, 2014 at 2:00 p.m. in Courtroom 2.

The deadlines to file any Opposition, Non-Opposition, and/or Reply are continued accordingly, per Local Rule 230.

**IT IS SO ORDERED.**

Dated:  November 6, 2014

_____
Troy L. Nunley
United States District Judge

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500