UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ST. PAUL SURPLUS LINES INSURANCE COMPANY; DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants.<br>_____/ | No. 2:07-CV-01744-TLN-EFB<br><br>**ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR TEMPORARY STAY OF ENFORCEMENT OF JUDGMENT** |

The Court has considered the papers filed in support of Defendant St. Paul Surplus Lines Insurance Company's ("Defendant's" or "St. Paul's") *Ex Parte* Application for a temporary stay of execution of any proceedings to enforce the judgment pending the disposition of St. Paul's post-trial motion and good cause existing,

IT IS HEREBY ORDERED:

Enforcement of the Judgment entered on September 17, 2014 is hereby stayed until 10 (ten) days after entry of an order on St. Paul's Motion for Clarification of the Findings of Fact and Conclusions of Law (Doc. #273).

IT IS SO ORDERED.

Dated: November 6, 2014

_____
Troy L. Nunley
United States District Judge