G. EDWARD RUDLOFF, JR. (SBN 56058)
DIANNE J. MECONIS (SBN 120895)
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
2000 Powell Street, Suite 900
Emeryville, California 94608
Telephone:    (510) 740-1500
Facsimile:    (510) 740-1501
E-mail: erudloff@fgppr.com
        dmeconis@fgppr.com

ROBERT C. GEBHARDT (SBN 48965)
COOPER, WHITE & COOPER LLP
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:    (415) 433-1900
Facsimile:    (415) 433-5530
E-mail: rgebhardt@cwclaw.com

Attorneys for Defendant ST. PAUL SURPLUS LINES INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>    Plaintiff,<br><br>    vs.<br><br>ST. PAUL SURPLUS LINES INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 2:07-CV-01744 TLN EFB<br><br>**ORDER PERMITTING WITHDRAWAL OF COOPER, WHITE & COOPER LLP** |

Pursuant to the Notice Regarding Withdrawal From Case and Consent of Defendant St. Paul Surplus Lines Insurance Company ("St. Paul"), the Court hereby permits Cooper, White & Cooper LLP to withdraw as counsel for St. Paul in the above-captioned matter.

IT IS SO ORDERED.

Dated: January 30, 2015

_____
Troy L. Nunley
United States District Judge

1013796.1    2:07-CV-01744-TLN-EFB
ORDER PERMITTING WITHDRAWAL OF COOPER, WHITE & COOPER LLP

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111